IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA AND )
RANDAL WHITEHEAD, )
REVENUE OFFICER OF THE )
INTERNAL REVENUE SERVICE, )
)
    Petitioners, )
v. ) No. 3:08-00644
) JUDGE HAYNES
BRANDY BARTON, )
)
    Respondent. )

## ORDER

Before the Court is the parties' notice of dismissal without prejudice (Docket Entry No. 5). Pursuant to Fed. R. Civ. P. 41(a)(1), this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 10th day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge